IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICHARD HOLLIS and SHELLEY HOLLIS                                          PLAINTIFFS

V.                                    Case No. 07-CV-1096

PILGRIMS PRIDE CORPORATION                                                 DEFENDANT

ZURICH AMERICAN INSURANCE COMPANY
AS SUBROGEE FOR OOIDA, AN ERISA PLAN                                       INTERVENOR

## ORDER

It appears that proceedings in the above matter have been stayed pending the disposition of bankruptcy proceedings. **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order or for any other purpose so required to obtain a final determination of the litigation.

**IT IS SO ORDERED**, this 11th day of December, 2008.

                                                                                                /s/ Harry F. Barnes
                                                                                             Hon. Harry F. Barnes
                                                                                             United States District Judge